IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:22-CR-14-CAR-CHW |
| PHILMON DESHAWN CHAMBERS; : | |
| ANDREA PAIGE BROWNER; : | |
| LESLEY CHAPPELL GREEN; : | |
| ROBERT MAURICE CARLISLE; AND : | |
| SHABAZZ LARRY GUIDRY. : | |
| : | |
| Defendants. : | |
| : | |

## ORDER ON MOTIONS TO CONTINUE

Before the Court are Defendants Andrea Paige Browner's and Lesley Chappell Green's Unopposed Motions to Continue [Docs. 92, 94] the pretrial conference scheduled for January 11, 2023 in Athens, Georgia.

On June 15, 2022, the Grand Jury returned a multi-defendant, multi-count indictment [Doc. 1] charging defendants Philmon DeShawn Chambers, Andrea Paige Browner, Leslie Chappell Green, Robert Maurice Carlisle, and Shabazz Larry Guidry. Count One charges each defendant in a conspiracy to violate the Racketeer Influenced Corrupt Organizations Act ("RICO") under Title 18, United States Code Section 1962(d), Count Two charges Chambers and Browner with Violent Crime in aid of Racketeering ("VICAR") and aiding and abetting under Title 18, United States Code, section 1959(a)(1) and 18, United States Code, section 2, Count Three charges Chambers and Browner with

Carrying, Using, and Discharging a firearm in furtherance of a crime of violence and aiding and abetting under Title 18, United States Code, section 924(c) & 18, United States Code, section 2, Count Four chargers Chambers and Browner with Causing the Death of Another Through Use of a Firearm under Title 18, United States Code, section 924(j) and 18 United States Code, section 2.

Each Defendant was arrested, appointed counsel, and detained pending trial. The Court declared this case complex on August 16, 2022 [Doc. 84], and thus, the Speedy Trial Act is not implicated in this case.

In their Motions, Counsel for Defendants Browner and Green request a continuance due to scheduling conflicts. Having considered the matter, the Court finds it serves the ends of justice to grant Defendants' requests. The ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation could result in a miscarriage of justice.

Thus, Defendant Browner's and Defendant Green's Motions to Continue Trial [Doc. 92, 94] are **GRANTED**, and **IT IS HEREBY ORDERED** that their cases be continued until the March 13, 2023 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

The Court will reschedule Browner's and Green's pretrial conference for a later date. The remaining Defendants' pretrial conferences will proceed as scheduled.

**SO ORDERED**, this 29th day of December, 2022.

s/ C. Ashley Royal\
C. ASHLEY ROYAL, SENIOR JUDGE\
UNITED STATES DISTRICT COURT
