IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 3:22-cr-14 (MTT) |
| ANDREA PAIGE BROWNER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### ORDER

Defendant Andrea Browner, proceeding *pro se*, moves for an extension of time of the motion to suppress deadline and requests assistance in the issuance of subpoenas. Docs. 304; 305. For the following reasons, her requests are **DENIED**.

The motion to suppress deadline was April 19, 2023. Doc. 153 at 6. On June 9, 2023, Browner filed a motion to suppress any evidence seized during the execution of a search warrant on her vehicle. Doc. 206. The Court denied her motion on July 12, 2023. Doc. 268. Browner now moves for an extension of the motion to suppress deadline because, according to her, the Court denied her motion to suppress *solely* because it was untimely. Doc. 304 at 2. This is incorrect. The Court, while denying her motion as untimely, *also* denied it because she had failed to show that there was a lack of probable cause. Doc. 268. Because the Court previously addressed the merits of her motion to suppress, an extension of time is unnecessary.

Accordingly, Browner's motion for an extension of time (Doc. 304) and her request for subpoenas related to her previously denied motion (Doc. 305) are **DENIED**.

**SO ORDERED**, this 2nd day of August, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT